IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Soria, Christine Diane

Printed: 4/22/08

Case Number: 04 B 01206
Judge: Squires, John H
Filed: 1/12/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 12, 2008
Confirmed: March 31, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 14,520.13 | |
| Secured: | | 10,432.92 |
| Unsecured: | | 647.09 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 740.12 |
| Other Funds: | | 0.00 |
| Totals: | 14,520.13 | 14,520.13 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | DaimlerChrysler Servs North America | Secured | 10,432.92 | 10,432.92 |
| 3. | ECast Settlement Corp | Unsecured | 316.58 | 210.20 |
| 4. | Capital One | Unsecured | 114.69 | 76.19 |
| 5. | ECast Settlement Corp | Unsecured | 174.40 | 115.87 |
| 6. | Capital One | Unsecured | 89.07 | 59.19 |
| 7. | Capital One | Unsecured | 103.57 | 68.82 |
| 8. | DaimlerChrysler Servs North America | Unsecured | 175.82 | 116.82 |
| 9. | American General Finance | Secured | | No Claim Filed |
| 10. | American General Finance | Unsecured | | No Claim Filed |
| | | | $ 14,107.05 | $ 13,780.01 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 7% | 98.24 |
| 4% | 53.27 |
| 6.5% | 162.45 |
| 3% | 51.60 |
| 5.5% | 141.90 |
| 5% | 60.00 |
| 4.8% | 137.20 |
| 5.4% | 35.46 |
| | $ 740.12 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Soria, Christine Diane

Printed: 4/22/08

Case Number: 04 B 01206
Judge: Squires, John H
Filed: 1/12/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

